IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JENNIFER LYNN DELACRUZ, | ) | C/A No.: 2:25-cv-04214-RMG |
| Plaintiff, | ) | |
| vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | DEFAULT JUDGMENT |
| KHADER MOHAMED ABDINOUR and GOLDEN TOUCH LOGISTICS, LLC, | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff hereby moves for a default judgment against Defendants. The grounds for this motion are fully explained herein; therefore, Plaintiff is not filing a supporting memorandum. *See* Local Civil Rule 7.04 (D.S.C.).

The Clerk of Court has previously entered defaults as to both Defendants. (ECF Nos. 9 & 16). Neither Defendant has appeared personally or by a representative in this action.

Because Plaintiff's damages for her personal injuries are unliquidated, the Court will need to conduct a hearing to enter or effectuate judgment per Fed. R. Civ. P. 55(b)(2). Plaintiff has not demanded a jury trial.

Although Defendants have not appeared in or responded to this action, Plaintiff's uninsured motorist insurer, Southern Farm Bureau Casualty Insurance Company ("Farm Bureau"), has filed an Answer to Plaintiff's Complaint. (ECF No. 10). Farm Bureau's rights are separate and distinct from those of Defendants and may even be conflicting. *See Broome v. Watts,* 319 S.C. 337, 461 S.E.2d 46 (1995); *Crawford v. Henderson,* 356 S.C. 389, 589 S.E.2d 204 (Ct. App. 2003); S.C. CODE ANN. § 38-77-150 (1976, as amended). Because of this fact, and because Plaintiff believes there may be liability insurance coverage available to Defendants for Plaintiff's claims (an issue

that Plaintiff cannot resolve without first obtaining a judgment), Plaintiff does not seek to bind Farm Bureau by the requested default judgment. Rather, the default judgment sought by Plaintiff would be without prejudice to Plaintiff's or Farm Bureau's rights regarding the uninsured motorist claim.

If the Court enters a default judgment and Plaintiff thereafter determines that no liability insurance coverage applies to Defendants for the judgment, Plaintiff will ask the Court to rescind the judgment under Fed. R. Civ. P. 60(b) so that this action may proceed for purposes of Plaintiff's uninsured motorist claim against Farm Bureau. Plaintiff's counsel is advised that Farm Bureau does not oppose the present motion as long as any default judgment is subject to these conditions.

CLAWSON FARGNOLI UTSEY, LLC
2 Amherst Street
Charleston, SC  29403
(843) 970-2700
bert@cfulaw.com

BY: */s/Bert G. Utsey, III*
       BERT G. UTSEY, III
       Fed. ID No.:  1045

September 23, 2025                    Attorneys for Plaintiff
Charleston, South Carolina